# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: YOLANDA MARIE ROSALY ALFONSO

Bkrtcy. No. 10-01772-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Mar 06, 2010 | Meeting Date: Jul 29, 2010 | DC Track No. 2 |
| Days from petition date: 135 | Meeting Time: 8:00 AM | |
| 910 Days before Petition: 9/8/2007 | ☐ Chapter 13 Plan Date: Mar 10, 2010 Dkt.# 10 | ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $9,000.00 | |
| This is the 2nd Scheduled Meeting | Confirmation Hearing Date: Aug 25, 2010 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. — Date — Amount | Total Paid In: $600.00 |

**I. Appearances:**
- ☒ Debtor Present ☐ Telephone ☐ Video Conference
- ☒ ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☒ Substitute attorney: Otto Landron, Esq ☐ Pro-se.

Creditor(s) present: ☒ None.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: CARLO J RODRIGUEZ PUIGDOLLERS*
- Total Agreed: $3,000.00
- Paid Pre-Petition: $500.00
- Outstanding: $2,500.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☒ Above Median Income. Liquidation Value: $5,584.00
- Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
- 7% The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:** (1) other
- ☒ (4) FEASIBILITY [§1325(a)(6)] ☒ INSUFFICIENTLY FUNDED ☐ To pay §507 ☒ Fails Creditor's Best Interest Test §1325(A)(4)
- ☒ (3) FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

(1) Schedule I must be amended to list debtor as married with a pre nuptial agreement. SOFA #16 must also be amended to include her husband.

(2) Paystubs for the months of October, November, December and 1st of January must be submitted.

/s/ José R. Carrión
Trustee — Presiding Officer

Page 1 of 2     Date: Jul 29, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

Schedule C must be revised. D2 exemption is available. Debtor pays $694.35/month for a Mercedes Benz. It is a lease that expires in July 2010. Debtor must verify that date and include a step up payment in the plan for that amount in the corresponding month.

(3) Husband helps debtor with at least $200.00/month. Said income is not included in Schedule I.

(1) Debtor pays $1,281.00 for her mortgage. Schedule J contemplates payment of $940.34 which leaves a negative disposable income. Debtor has to verify her schedules and file new ones that reflect her current situation.

(2) Asociación Residentes must be listed as a secured claim not as an unsecured claim.

(4) Plan is insufficiently funded to pay priorities.

Trustee / Presiding Officer    Page 2 of 2    Date: July 29, 2010