**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN THE MATTER OF:

YOLANDA MARIE ROSALY ALFONSO                    CASE NO.10-01772 ESL

    DEBTOR                                                    CHAPTER 13

**DEBTOR'S AMENDMENT OF SCHEDULES C, G, I AND J**
**PRE-CONFIRMATION**

The Debtor in the above captioned case hereby amends Schedules C, I and J originally filed, pursuant to Fed. R. Bankr. P. 1009, <u>to change the exemptions for the vehicle; to delete Mercedez Benz Financial from Schedule G; to list debtor as married (with pre-nuptial agreement); to include $200.00 monthly income contribution from husband; and to include actual mortgage expenses.</u>

**CERTIFICATE OF SERVICE:** I hereby certify that on August 16, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to the following: José R. Carrión, Chapter 13 Trustee, and to all CM/ECF participants appearing on the attached Electronic Mail Notice List.

August 16, 2010

                        Sonia A. Rodríguez Rivera 117414
                        Otto E. Landrón Pérez 202706
                        Carlo J. Rodríguez Puigdollers 227001
                        Landrón & Rodríguez Law Offices
                        Attorneys for Debtors
                        PO Box 52044
                        Toa Baja, PR 00950-2044
                        Tel 795-0390 / Fax 795-2693
                        Corozal: 802-3844 Tel & Fax
                        Email: landrodz@onelinkpr.net

**DEBTORS' VERIFICATION:** I declare under penalty of perjury that I have read the attached amendments and that they are true and correct to the best of my knowledge, information or belief.

                        /s/ *Yolanda M. Rosaly Alfonso*

                                  Debtor

In re YOLANDA MARIE ROSALY ALFONSO , Case No. 3:10-bk-1772
_____          _____
Debtor(s)                                      (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 08/16/2009

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)

☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Debtor's Residence | 11 USC 522(d)(1) | $ 15,547.73 | $ 150,000.00 |
| Used Furniture | 11 USC 522(d)(3) | $ 2,000.00 | $ 2,000.00 |
| Used Clothes | 11 USC 522(d)(3) | $ 500.00 | $ 500.00 |
| Jewerly | 11 USC 522(d)(4) | $ 230.00 | $ 230.00 |
| 2006 Mercedes Benz Lease | 11 USC 522(d)(2) 11 USC 522(d)(5) | $ 3,450.00 $ 2,087.82 | $ 18,200.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _YOLANDA MARIE ROSALY ALFONSO_       / Debtor       Case No. _3:10-bk-1772_

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## Amended 08/16/2009

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re **YOLANDA MARIE ROSALY ALFONSO** _____ ,     **Case No.** *3:10-bk-1772*
          **Debtor(s)**                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Amended 08/09/2009

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): *Husband* | AGE(S): *50* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *General    Television Producer* | |
| Name of Employer | *Univision Puerto Rico* | |
| How Long Employed | *6 months* | |
| Address of Employer | *Calle Carazo* *GUAYNABO PR  00969* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 4,200.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): *Contribution from  husband* | $ | 200.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 4,400.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | 4,400.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | 4,400.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

*NONE*

In re <u>YOLANDA MARIE ROSALY ALFONSO</u>,
Debtor(s)

Case No. <u>3:10-bk-1772</u>
(If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
## Amended 08/09/2009

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,324.00 |
| a. Are real estate taxes included? Yes ☒ No ☐ | | |
| b. Is property insurance included? Yes ☒ No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 200.00 |
| b. Water and sewer | | $ |
| c. Telephone | | $ 81.34 |
| d. Other *Internet, cable & telephone* | | $ 0.00 |
| Other | | $ 186.05 |
| | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ |
| 4. Food | | $ 100.27 |
| 5. Clothing | | $ 300.00 |
| 6. Laundry and dry cleaning | | $ 100.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 75.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 140.00 |
| 10. Charitable contributions | | $ 50.00 |
| 11. insurance (not deducted from wages or included in home mortgage payments) | | $ 0.00 |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 125.00 |
| e. Other | | $ 110.00 |
| Other | | $ 0.00 |
| | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) *Social Security Taxes* | | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | $ 224.00 |
| a. Auto | | $ 694.34 |
| b. Other: | | $ 0.00 |
| c. Other: | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 250.00 |
| 17. Other: | | $ 240.00 |
| Other: | | $ 0.00 |
| | | $ 0.00 |
| | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,250.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: *NONE* | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 16 of Schedule I | | $ 4,400.00 |
| b. Average monthly expenses from Line 18 above | | $ 4,250.00 |
| c. Monthly net income (a. minus b.) | | $ 150.00 |